EMMA L. GRENNELL, Appellant, *v.* GREATER NEW YORK DEVELOPMENT COMPANY, Respondent.

*Grennell* v. *Greater New York Development Co.,* 153 App. Div. 362, affirmed.
(Argued February 4, 1915; decided February 25, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

November 27, 1912, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial in an action to compel specific performance of a contract to convey real property or to recover the amount paid thereon.

*Charles Trosk* and *George A. Green* for appellant.

*Edward M. Grout, James F. McKinney* and *Walter T. Lindsay* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.